# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00331-WJM

UNITED STATES OF AMERICA,

    Plaintiff

    v.

JENNIFER SCOGGIN,

    Defendant.

___

**MOTION FOR HEARING TO DETERMINE COMPETENCY OF DEFENDANT**
___

John F. Sullivan of the Law Office of John F. Sullivan, III, PC, pursuant to 18 U.S.C. § 4241, respectfully requests this Court enter an order to help determine the mental competency of the Defendant. Counsel submits, based upon his expert's report, jail medical personnel, his own contact and the reports from family members, that there is reasonable cause to believe the Defendant may be suffering from a mental disease or defect, likely from brain trauma occurring in two car accidents, rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

WHEREFORE, based upon the above, the Defendant respectfully requests this Court enter an order to have the Defendant examined and competency determined and for all other relief proper in the premises.

Respectfully submitted this the 22nd day of January, 2018

                                                s/John F Sullivan_____
                                                Law Office of John F. Sullivan, III, PC
                                                1745 Shea Center Drive, 4th Floor
                                                Littleton, CO 80129
                                                (303) 748-4343

## CERTIFICATE OF SERVICE

I certify that I have served a copy of this entry on the party below on this the 22nd day of January, 2018 via ECF:

    Ms. Colleen Covell
    Assistant United States Attorney

                                                s/John F. Sullivan_____